No. 73–6483.  NIVAL v. NEW YORK.  Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1305.  NEW HAMPSHIRE DEPARTMENT OF EMPLOYMENT SECURITY ET AL. v. PREGENT.  Appeal from D. C. N. H.  Judgment vacated and case remanded to consider question of mootness.

No. 71–1410.  PISACANO ET AL. v. UNITED STATES. C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. Giordano, 416 U. S. 505 (1974).

No. 72–158.  BECKER ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. Giordano, 416 U. S. 505 (1974).

No. 72–1729.  SIMONS v. UNITED STATES;
No. 72–6992.  FAVANO v. UNITED STATES; and
No. 73–13.  ROMANELLO ET AL. v. UNITED STATES. C. A. 2d Cir.  Motion of petitioner in No. 72–6992 for leave to proceed in forma pauperis granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Giordano, 416 U. S. 505 (1974).